49h
3d Dept.
Case 10
68 A D 530

612  612  DECISIONS IN CASES NOT REPORTED.

THIRD DEPARTMENT, SEPTEMBER TERM, 1888.

Towanda, Penn., Appellant. — Order reversed and motion granted discharging the referee, with leave to apply at Special Term by either party for the appointment of another referee; no costs on this appeal. Opinion by Follett, J.; dissenting Mem. by Hardin, P. J.

John R. Williams, Respondent, v. The Delaware, Lackawanna and Western Railroad Company, Appellant. — Judgment and order reversed on the exceptions and a new trial ordered, with costs to abide the event. Opinion by Follett, J.; Martin, J., not sitting.

Sarah M. Manchester, Respondent, v. J Warren Tibbetts, Appellant. —Judgment affirmed, with costs. Opinion by Hardin, P. J.

In the Matter of the Estate of Elias W. Cady, Deceased, v. Oliver Cady, Appellant. — Motion granted, with costs, unless the appellant, within twenty days, executes and files. *nunc pro tunc*, an undertaking and pays ten dollars costs of this motion to respondent.

The People of the State of New York v. William Satmire. — Motion denied without prejudice.

The City of Elmira, Appellant, v. The Maplewood Avenue Railroad Company, Respondent. — Motion granted, unless the appellant shall serve appeal papers and pay ten dollars costs of motion within twenty days.

Calvin A. Brooks, Respondent, v. Dewitt C. Greenfield, Appellant. — Leave to appeal to the Court of Appeals denied.

In the Matter of the Petition of Charles E. Lee for an Order Directing Robert E. Prince,

Receiver, to Pay Claims. — Order affirmed, with ten dollars costs and disbursements, upon the opinion of Edwards, County Judge of Broome county.

Edward J. Rockafeller, Respondent, v. Calvin H. Bell, Appellant. — Order affirmed, with ten dollars costs and disbursements, upon the opinion of Parker, J., delivered at Special Term.

William S. Andrews, as Receiver, etc., Respondent, v. Franklin M. Sevcrance, Appellant. — Order affirmed, with ten dollars costs and disbursements.

Esther S. Biller, as Administratrix, etc., Respondent, v. The Rome, Watertown and Ogdensburg Railroad Company, Appellant.— Order affirmed, with ten dollars costs and disbursements.

Emma Rockafeller, Appellant, v. George Adee, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.

Nelson F. Willey v. Philip O'Connor.— Judgment of the County Court of Chenango county affirmed, with costs.

In the Matter of the Application to disbar William Youmans.— The court declines to act upon the petition, because the verification to the petition is insufficient and irregular.

Thomas Lacy, Respondent, v. Sophronia Getman, Executrix, etc., Appellant.— Leave given to appeal to the Court of Appeals, on the ground that the case involves a question of law that ought to be reviewed by that court.

## THIRD DEPARTMENT, SEPTEMBER TERM, 1888.

Dennis Maloney v. City of Cohoes.— Appeal dismissed, unless appellants serve undertaking in twenty days and pay ten dollars costs; the appellants to serve case again.

Julia Donovan v. City of Cohoes.— Appeal dismissed unless appellants serve undertaking in twenty days and pay ten dollars costs; appellants to serve case again.

Stephen Thorn v. Samuel J. Rood.— Motion to go to Court of Appeals denied.

Dunsback v. Hollister.— Motion to go to Court of Appeals denied.

Edward P. Van Alstyne and others, Respondents, v. Eugene L. Hover and others, Appellants.— Judgment and order affirmed, with costs.

Fannie H. Balcom, Administratrix, etc., Respondent, v. Maggie Adams. Appellant.— Order reversed, with ten dollars costs and printing disbursements, and motion to vacate order of Judge Putnam granted, with ten dollars costs. Mem. by Learned, P. J.

In the Matter of the Assignment of John Reddish. — Order appealed from reversed, with ten dollars costs and printing disbursements, and motion granted vacating order of January

seventh, with ten dollars costs, without prejudice to any other similar motion. Opinion by Learned, P. J.

James F. Mason and others, Respondents, v. George Y. Smith and others, Appellants.— Order affirmed, with ten dollars costs and printing disbursements. Mem. by Learned, P. J.

The People of the State of New York, Respondent, v. John H. Moore, Appellant. — Judgment affirmed, with costs. Opinion by Landon, J.

James H. Van Gelder, Appellant, v. Prentiss W. Hallenbeck, Respondent.—Order affirmed, with ten dollars costs and printing disbursements. Mem. by Learned, P. J.

Harvey P. Grange, Appellant, v. Charles Snell, Respondent, Impleaded, etc. — Judgment affirmed, with costs.

William O. Douglass, Respondent, v. Peter Ferris and others, Appellants. — Order affirmed, with ten dollars costs and printing disbursements.

William Wait v. William Vandemark and others.—Order affirmed, with ten dollars costs and printing disbursements. Mem. by Learned, P. J.

NOTE. — The balance of the cases reported and all those decided at the October Term of the fifth department, but not reported, will be found in (50 Hun), the next volume.